IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IVAN HERNANDEZ RAMIREZ | § | |
| #02271320 | § | |
| | § | |
| V. | § | A-23-CV-01572-DII |
| | § | |
| ERIC CHRISTIAN REICHLEY, et al. | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's order which dismissed Plaintiff's complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Plaintiff's claims brought against Defendants Reichley and NVIDIA are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e).

It is further **ORDERED** that Plaintiff's remaining claims for monetary damages are frivolous and are **DISMISSED WITH PREJUDICE** to their being asserted again until the conditions of *Heck* are met pursuant to 28 U.S.C. § 1915(e).

It is further **ORDERED** that Plaintiff's claims seeking habeas corpus relief are **DISMISSED WITHOUT PREJUDICE** to filing a habeas corpus petition after Plaintiff exhausts his state court remedies.

It is finally **ORDERED** that this case is **CLOSED**.

**SIGNED** on February 12, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE